```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARSH & MCLENNAN AGENCY LLC,                                           :
                                                                       :
                            Plaintiff,                                 :
                                                                       :
              -v-                                                      :  22 Civ. 8920 (JPC)
                                                                       :
DONALD DRENNAN WILLIAMS, JR. et al.,                                   :        ORDER
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 18, 2024, Defendants filed a motion that sought that sought dismissal of this action and, as an alternative form of relief, a stay of pending the Financial Industry Regulatory Authority arbitration that Defendants Donald Drennan Williams, Jr., and Phillip Andrew Blankenship have initiated against Marsh & McLennan Agency, LLC's securities affiliates and their employees. Dkts. 58, 59. That arbitration has ended, as evidenced by the petition to confirm the arbitration award filed by Williams and Blankenship before this Court in a separate action. *See Williams v. JSL Sec., Inc.*, No. 25 Civ. 124 (JPC) (S.D.N.Y.), Dkt. 1. By January 20, 2025, Defendants shall file a letter advising whether, in light of the completed arbitration, they are still pursuing their alternative request to stay this action.

SO ORDERED.

Dated: December 30, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge