UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MARSH & MCLENNAN AGENCY LLC,                :
:
                Plaintiff,                :
:
            -v-                :        22 Civ. 8920 (JPC)
:
DONALD DRENNAN WILLIAMS, JR. *et al.*,   :        ORDER
:
                Defendants.            :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On April 30, 2025, the Court ordered the parties to submit a joint status letter no later than October 31, 2025. Dkt. 79. The parties failed to submit such a letter to the Court. Within one week of the filing of this Order, the parties should file on ECF a joint status update as described in Docket Number 79.

       SO ORDERED.

Dated: November 10, 2025
       New York, New York

                                                     JOHN P. CRONAN
                                            United States District Judge