UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                  :

MARSH & MCLENNAN AGENCY LLC,     :

        Plaintiff,        :

                  :     22 Civ. 8920 (JPC)

    -v-            :

                  :     <u>ORDER</u>

DONALD DRENNAN WILLIAMS, JR. *et al.*,  :

        Defendants.     :

                  :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Pursuant to Rule 6.A of the Court's Individual Rules and Practices in Civil Cases, Defendants must file a letter response to Plaintiff's pre-motion letter dated January 23, 2026, Dkt. 84. Defendants shall do so no later than February 3, 2026.

SO ORDERED.

Dated: January 29, 2026
     New York, New York

                           JOHN P. CRONAN
                   United States District Judge