UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                       :

MARSH & MCLENNAN AGENCY LLC,       :

             Plaintiff,       :

                       :           22 Civ. 8920 (JPC)

     -v-               :

                       :           <u>ORDER</u>

DONALD DRENNAN WILLIAMS, JR. *et al.*,   :

             Defendants.    :

                       :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     The Court will hold a conference on Plaintiff's motion to substitute, *see* Dkts. 88-90, on June 22, 2026, at 2:00 p.m.  At the scheduled time, counsel should call (855) 244-8681, access code 2302 755 2307.

     Counsel should be prepared to discuss the status of the action in the Probate Court of Shelby County, Alabama, concerning the administration of Defendant Charles Anderson's estate.

     SO ORDERED.

Dated: June 11, 2026
      New York, New York

                                  JOHN P. CRONAN
                          United States District Judge