UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARSH & MCLENNAN AGENCY LLC,

Plaintiff,

-v-

DONALD DRENNAN WILLIAMS, JR. *et al.*,

Defendants.

---

22 Civ. 8920 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

For the reasons stated on the record at today's conference, the Court denies without prejudice Plaintiff's motion for substitution pursuant to Federal Rule of Civil Procedure 25(a), Dkts. 88-90, and finds good cause to extend Plaintiff's deadline to file a renewed motion for substitution, *see* Fed. R. Civ. P. 6(b)(1)(B); *see also Freedom Mortg. Corp. v. Williams*, No. 19 Civ. 4123 (ENV), 2022 WL 866854, at *2 (E.D.N.Y. Mar. 23, 2022) (explaining that extensions of the 90-day period under Rule 25(a) "may be liberally granted" even after the period's expiration (citation modified)). Plaintiff shall file any renewed motion by August 7, 2026, effect service as provided in Rule 25(a)(3), and file proof of such service within two business days of its completion.

The Clerk of Court is respectfully directed to close Docket Number 88.

SO ORDERED.

Dated: July 30, 2026
New York, New York

JOHN P. CRONAN
United States District Judge