**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARSH & MCLENNAN AGENCY LLC,

Plaintiff,

-against-

DONALD DRENNAN WILLIAMS, JR., PHILLIP ANDREW BLANKENSHIP, CHARLES ANDERSON, LINDSEY LUKETIC,

Defendants

Case No. 22-CV-08920 (JPC)

**NOTICE OF RENEWED MOTION TO SUBSTITUTE ESTATE OF CHARLES ANDERSON**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support, dated August __, 2026, and all pleadings and proceedings in this action, Plaintiff Marsh & McLennan Agency LLC, by their attorneys Jackson Lewis P.C., will move before the United States District Judge John P. Cronan, at the United States District Court, 500 Pearl Street, New York, New York 10007, on a date to be scheduled by the Court, for an order pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, allowing for the substitution of the Estate of Charles Anderson for Defendant Charles Anderson, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
August 6, 2026

JACKSON LEWIS, P.C.
666 Third Avenue
New York, NY 10017
(212) 545-4000

By: ______________________
Clifford R. Atlas, Esq.

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that true copies of the forgoing document and supporting papers were electronically filed on August 6, 2026 using the CM/ECF system.

I hereby certify that true copies of the foregoing document and supporting papers was also served in accordance with Federal Rules of Civil Procedure Rule 4 upon Jason Anderson as the co-Personal Representative and authorized administrator of Defendant Charles Anderson's estate.

Clifford R. Atlas, Esq.

The Court has received no opposition to Plaintiff's motion to substitute Jason Anderson, the co-Personal Representative and administrator of the estate of Charles Anderson, for Defendant Charles Anderson, Dkts. 107-108. The Court grants the motion and, pursuant to Federal Rule of Civil Procedure 25(a)(1), substitutes Jason Anderson, in his capacity as the co-Personal Representative and administrator of the estate of Charles Anderson, for Charles Anderson, who is deceased, as a Defendant in this case. The Court concludes that the motion is timely, that the claims in this action survive Charles Anderson's death, and that Jason Anderson is a proper party in light of the Letters Testamentary issued by the Shelby County, Alabama, Probate Court appointing him, as well as Rachel Jones, as a Personal Representative of Charles Anderson's estate. Counsel for Jason Anderson should file a notice of appearance by October 22, 2026.

The parties shall also provide a letter on the status of arbitration by April 8, 2027 or upon the conclusion of arbitration proceedings, whichever is sooner.

The Clerk of Court is respectfully directed to close Docket Number 107.

SO ORDERED.
October 8, 2026
New York, New York

JOHN P. CRONAN
United States District Judge